1   LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2   WILLIAM S. LERACH (68581)
  DARREN J. ROBBINS (168593)
3   TRAVIS E. DOWNS III (148274)
  655 West Broadway, Suite 1900
4   San Diego, CA 92101
  Telephone: 619/231-1058
5   619/231-7423 (fax)
  bill@lerachlaw.com
6   darrenr@lerachlaw.com
  travisd@lerachlaw.com
7      –and–
  SHAWN A. WILLIAMS (213113)
8   MARIA V. MORRIS (223903)
  MONIQUE C. WINKLER (213031)
9   100 Pine Street, Suite 2600
  San Francisco, CA 94111
10   Telephone: 415/288-4545
  415/288-4534 (fax)
11   swilliams@lerachlaw.com
  mmorris@lerachlaw.com
12   mwinkler@lerachlaw.com

13   [Proposed] Lead Counsel for Plaintiffs

14   [Additional counsel appear on signature page.]

15         UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA
16         SAN JOSE DIVISION   *E-FILED - 8/17/06*

| | | |
|---|---|---|
| 17 | ALASKA HOTEL & RESTAURANT | )   No. C-06-03894-RMW(RS) |
| 18 | EMPLOYEES PENSION TRUST FUND, Derivatively on Behalf of MARVELL | ) ) )   STIPULATION AND [] ORDER CONSOLIDATING CASES FOR ALL |
| 19 | TECHNOLOGY GROUP LTD., | ) )   PURPOSES, APPOINTING LEAD PLAINTIFF, AND SETTING SCHEDULE |
| 20 | Plaintiff, | ) )   FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSES THERETO |
| 21 | vs. | ) ) |
| 22 | SEHAT SUTARDJA, et al., | ) ) |
| 23 | Defendants, | ) ) |
| 24 | –and– | ) ) |
| 25 | MARVELL TECHNOLOGY GROUP LTD., a Bermuda corporation, | ) ) ) |
| 26 | Nominal Defendant. | ) ) |
| 27 | | |

28   [Caption continued on following page.]

| | |
|---|---|
| YEN SHEI, Derivatively on Behalf of Nominal Defendant Marvell Technology Group, Ltd. | ) Case No. C-06-04372-MHP |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SEHAT SUTARDJA, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| –and– | ) |
| | ) |
| MARVELL TECHNOLOGY GROUP, LTD., a Bermuda corporation, | ) |
| | ) |
| Nominal Defendant. | ) |
| | ) |

WHEREAS, there are two related shareholder derivative actions on behalf of nominal defendant Marvell Technology Group Ltd. ("Marvell") pending before this Court:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Alaska Hotel & Restaurant Employees Pension Trust Fund v. Sutardja, et al.* | C-06-03894-RMW(RS) | 06/22/06 |
| *Shei v. Sutardja, et al.* | C-06-04372-MHP | 07/17/06 |

WHEREAS, the two related Marvell shareholder derivative actions arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact, and, therefore, should be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

WHEREAS, defendants take no position as to the appointment of the Alaska Hotel & Restaurant Employees Pension Trust Fund as Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Scott + Scott, LLC as Lead Counsel; and

WHEREAS, plaintiffs and defendants, after meeting and conferring, agree that judicial economy will be served by setting a schedule for defendants' response to the complaint.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

## I.   CONSOLIDATION OF ACTIONS

1.   The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Alaska Hotel & Restaurant Employees Pension Trust Fund v. Sutardja, et al.* | C-06-03894-RMW(RS) | 06/22/06 |
| *Shei v. Sutardja, et al.* | C-06-04372-MHP | 07/17/06 |

2.   The caption of these consolidated actions shall be "*In re Marvell Technology Group Ltd. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-03894-RMW(RS).  Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3.      Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re MARVELL TECHNOLOGY GROUP LTD. DERIVATIVE LITIGATION | ) ) ) | Master File No. C-06-03894-RMW(RS) |
| _____ | ) ) | |
| This Document Relates To: | ) ) | |
| _____ | ) | |

4.      When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above.  When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. C-06-03894-RMW(RS), *Alaska Hotel & Restaurant Employees Pension Trust Fund v. Sutardja, et al.*").

5.      A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court.  Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6.      When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket.  No further copies need be filed, and no other docket entries need be made.

7.      When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8.     When a case which properly belongs as part of *In re Marvell Technology Group Ltd. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to this Court, the clerk of this Court shall:

(a)     Place a copy of this Order in the separate file for such action;

(b)     Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

(c)     Make an appropriate entry on the Master Docket.  This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Marvell Technology Group Ltd. Derivative Litigation*.

## II.     APPOINTMENT OF LEAD PLAINTIFF AND CO-LEAD COUNSEL

9.     The Alaska Hotel & Restaurant Employees Pension Trust Fund shall be appointed Lead Plaintiff.

10.     The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Scott + Scott, LLC shall be appointed Lead Counsel for plaintiffs in the consolidated Marvell shareholder derivative actions.[1]

11.     Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12.     Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.  No motion,

---

[1]     Defendants take no position as to the appointment of the Alaska Hotel & Restaurant Employees Pension Trust Fund as Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Scott + Scott, LLC as Lead Counsel.

1 | request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except

2 | through Lead Counsel.

3 |      13.    Lead Counsel also shall be available and responsible for communications to and from

4 | this Court.  Lead Counsel shall be responsible for the creation and maintenance of a master service

5 | list of all parties and their respective counsel.

6 |

7 |      14.    Defendants' counsel may rely upon all agreements made with Lead Counsel, or other

8 | duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

9 | **III.    SCHEDULE**

10 |      15.    Plaintiffs shall no later than 75 days from the entry of this Order file and serve a

11 | Consolidated Complaint which will supersede all existing complaints filed in these actions.

12 | Defendants need not respond to any of the pre-existing complaints.  Service shall be effected with

13 | respect to any defendant named in any of the consolidated actions by serving the Consolidated

14 | Complaint on that defendant or, with permission, that defendant's counsel.

15 |

16 |      16.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no

17 | later than 75 days from the date of service.  In the event that defendants file and serve any motion

18 | directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 60 days

19 | after the service of defendants' motion.  If defendants file and serve a reply to plaintiffs' opposition,

20 | they will do so within 30 days after service of the opposition.

21 |      IT IS SO STIPULATED.

22 | DATED:  August 4, 2006               LERACH COUGHLIN STOIA GELLER

23 |                            RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III

24 |                        BENNY C. GOODMAN III
THOMAS G. WILHELM

25 |

26 |                               s/ Travis E. Downs III

27 |                              TRAVIS E. DOWNS III

28 |

1

2   655 West Broadway, Suite 1900
    San Diego, CA 92101
3   Telephone: 619/231-1058
    619/231-7423 (fax)

4   LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
5   SHAWN A. WILLIAMS
    MARIA V. MORRIS
6   MONIQUE C. WINKLER
    100 Pine Street, Suite 2600
7   San Francisco, CA 94111
    Telephone: 415/288-4545
8   415/288-4534 (fax)

9   Attorneys for Plaintiff Alaska Hotel & Restaurant
    Employees Pension Trust Fund

10
        I, Travis E. Downs III, am the ECF user whose ID and password are being used to file
11  this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I
    hereby attest that Arthur L. Shingler III has concurred in this filing.
12
    DATED:  August 4, 2006              SCOTT + SCOTT, LLC
13                                      ARTHUR L. SHINGLER III

14

15                                      _____
                                               s/ Arthur L. Shingler III
                                        ARTHUR L. SHINGLER III
16
                                        600 B Street, Suite 1500
17                                      San Diego, CA 92101
                                        Telephone: 619/233-4565
18                                      619/233-0508 (fax)

19                                      Attorneys for Plaintiff Yen Shei

20      I, Travis E. Downs III, am the ECF user whose ID and password are being used to file
    this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I
21  hereby attest that Walter J. Robinson has concurred in this filing.

22
    DATED:  August 4, 2006              PILLSBURY WINTHROP SHAW
23                                         PITTMAN LLP
                                        WALTER J. ROBINSON
24

25                                      _____
                                               s/ Walter J. Robinson
26                                      WALTER J. ROBINSON

27

28

STIP AND [PROPOSED] ORDER CONSOLIDATING CASES
FOR ALL PURPOSES, ETC. – C-06-03894-RMW(RS)                    - 5 -

1
2        2475 Hanover Street
         Palo Alto, CA 94304-1114
3        Telephone:  650/233-4500
         650/233-4545 (fax)
4        wrobinson@pillsburylaw.com

5        PILLSBURY WINTHROP SHAW
            PITTMAN LLP
6        BRUCE A. ERICSON
         50 Fremont Street
7        San Francisco, CA  94105-7880
         Telephone:  415/983-1000
8        415/983-1200 (fax)
         bruce.ericson@pillsburylaw.com

9        Counsel (limited and special appearance) for
         Nominal Defendant Marvell Technology Group
10       Ltd.

11              *       *       *

12                  **O R D E R**

13       PURSUANT TO STIPULATION, IT IS SO ORDERED.

14   DATED:  ___ 8/17/06 _____   __/S/ RONALD M. WHYTE_____
15                                         THE HONORABLE RONALD M. WHYTE
                                           UNITED STATES DISTRICT JUDGE
16

17   S:\CasesSD\Marvell Derivative\STP00032700-LP-2.doc

18

19

20

21

22

23

24

25

26

27

28

STIP AND [] ORDER CONSOLIDATING CASES
FOR ALL PURPOSES, ETC. – C-06-03894-RMW(RS)                                    - 6 -

1

<u>DECLARATION OF SERVICE BY MAIL</u>

2

I, the undersigned, declare:

3

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States

4

and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested

5

party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San

6

Diego, California 92101.

7

2.      That on August 4, 2006, declarant served the  by depositing a true copy thereof in a

8

United States mailbox at San Diego, California in a sealed envelope with postage thereon fully

9

prepaid and addressed to the parties listed on the attached Service List.

10

3.      That there is a regular communication by mail between the place of mailing and the

11

places so addressed.

12

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4th

13

day of August, 2006, at San Diego, California.

14

15

                        s/ Alison K. Sloan
                        ALISON K. SLOAN

16

17

18

19

20

21

22

23

24

25

26

27

28

MARVELL DERIVATIVE

Service List - 8/4/2006     (06-0142)

Page 1 of  1

## Counsel For Defendant(s)

Walter J. Robinson
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover Street
Palo Alto, CA  94304
   650/233-4500
   650/233-4545 (Fax)

Bruce A. Ericson
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228
   415/983-1000
   415/983-1200 (Fax)

## Counsel For Plaintiff(s)

Travis E. Downs III
Benny C. Goodman III
Thomas G. Wilhelm
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Shawn A. Williams
Maria V. Morris
Monique C. Winkler
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

Arthur L. Shingler III
Scott + Scott, LLC
600 B Street, Suite 1500
San Diego, CA  92101
   619/233-4565
   619/233-0508 (Fax)