LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
DARREN J. ROBBINS (168593)
TRAVIS E. DOWNS (148274)
655 West Broadway, Suite 1900
San Diego, CA 94111
Tel.: 619/231-1058-4545
Fax: 619/231-7423
        -and-
SHAWN A. WILLIAMS (213113)
MARIA V. MORROS (223903)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Tel.: 415/288-4545
Fax: 415/288-4534

SCOTT + SCOTT LLC
Arthur L. Shingler III (181719)
600 B Street, Suite 1500
San Diego, CA  92101
Tel.: 619/233-4565
Fax: 619/233-0508
        -and-
David R. Scott
Denise V. Zamore
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel.: 860/537-5537
Fax: 860/-537-4432

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

*E-FILED - 10/17/06*

| | |
|---|---|
| In re Marvell Technology Group Ltd. Derivative Litigation | Master File No. C-06-03894-RMW (RS) |
| This Document Relates To: All Actions | **STIPULATION AND []  ORDER CONSOLIDATING ACTIONS SUBJECT TO THE COURT'S AUGUST 17, 2006 CONSOLIDATION ORDER** |
| | **DATE:** <br> **TIME:** <br> **COURTROOM:** |

STIPULATION AND ORDER CONSOLIDATING ACTIONS
SUBJECT TO THE COURT'S AUGUST 17, 2006 CONSOLIDATION ORDER – 06-3894-RMW(RS)

- 1 -

1  WHEREAS, on August 17, 2006, the Court consolidated two related cases, *Alaska Hotel & Restaurant Employees Pension Trust Fund v. Sutardja, et al*. (C-06-03894-RMW(RS)) and *Shie v. Sutardja et al*. (C-06-04372-MHP), for all purposes and ordered that a consolidated complaint be filed and served within 75 days (the "Consolidation Order);

WHEREAS, on August 28, 2006, plaintiffs in the consolidated action filed a motion seeking to consolidate a later filed case, *Marinelli v. Sutardja, et al*., Civ. No. 06-04078-SI (the "Consolidation Motion");

WHEREAS, on September 18, 2006, Nominal Defendant Marvell Technology Group, Ltd. Submitted to the Court a Statement of Non-Opposition requesting that the Court grant the Consolidation Motion;

WHEREAS, the Court has scheduled the Consolidation Motion for hearing on October 6, 2006; and

WHEREAS, plaintiff Joseph Marinelli does not oppose the consolidation of the *Marinelli* action with the Consolidated Action.

THREFORE, IT IS STIPULATED AND AGREED by plaintiffs, through their respective counsel of record, that *Marinelli v. Sutardja, et al*., Civ. No. 06-04078-SI shall be consolidated with the Consolidated Action subject to the Court's August 17, 2006 Order.

IT IS SO STIPULATED.

DATED:  October 3, 2006

>           /s/ Travis E. Downs
> LERACH COUGHLIN STOIA GELLER
>    RUDMAN & ROBBINS LLP
> Patrick J. Coughlin (111070)
> Darren J. Robbins (168593)
> Travis E. Downs (148274)
> 655 West Broadway, Suite 1900
> San Diego, CA 94111
> Tel.: 619/231-1058-4545
> Fax: 619/231-7423
>         -and-
> Shawn A. Williams (213113)
> Maria V. Morros (223903)
> 100 Pine Street, Suite 2600
> San Francisco, CA 94111
> Tel.: 415/288-4545
> Fax: 415/288-4534

| | |
|---|---|
| 1 | SCOTT + SCOTT LLC |
| | Arthur L. Shingler III (181719) |
| 2 | 600 B Street, Suite 1500 |
| | San Diego, CA 92101 |
| 3 | Tel.: 619/233-4565 |
| | Fax: 619/233-0508 |
| 4 | -and- |
| | David R. Scott |
| 5 | Denise V. Zamore |
| | 108 Norwich Avenue |
| 6 | P.O. Box 192 |
| | Colchester, CT 06415 |
| 7 | Tel.: 860/537-5537 |
| | Fax.: 860/-537-4432 |

*Lead Counsel for Plaintiffs*

I, Arthur L. Shingler, III, and the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS SUBJECT TO THE COURT'S AUGUST 17, 2006 CONSOLIDATION ORDER.  In compliance with the General Order 45, X.B., I hereby attest that Green Welling LLP has concurred in this filing.

DATED: October 3, 2006

GREEN WELLING LLP
AVIN P. SHARMA
ROBERT S. GREEN

   /s/ Avin P. Sharma
AVIN P. SHARMA
595 Market Street, Suite 2750
San Francisco, CA 94105
415-477-6700
Fax: 415-477-6710

\* \* \*
**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __10/17/06_____        /s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2006, a copy of the foregoing Stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties to *In re Marvell Technology Group, Ltd. Derivative Litigation* and *Marinelli v. Sutardja et al.* by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

                /s/ Arthur L. Shingler III
                Arthur L. Shingler, III